No. 01–9175.  WEISS v. PENNSYLVANIA.  Sup. Ct. Pa.  Certiorari denied.

No. 01–9177.  TAYLOR v. HIXSON AUTOPLEX OF ALEXANDRIA, INC., ET AL.  Ct. App. La., 3d Cir.  Certiorari denied.

No. 01–9179.  TURNBOE v. GUNDY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 01–9180.  NABELEK v. TEXAS (two judgments).  Ct. Crim. App. Tex.  Certiorari denied.

No. 01–9183.  MEDRENO v. ILLINOIS.  App. Ct. Ill., 3d Dist.  Certiorari denied.

No. 01–9186.  EDWARDS v. LYONDELL-CITGO REFINING CO. LTD.  C. A. 5th Cir.  Certiorari denied.

No. 01–9188.  JUNIOR v. JONES, WARDEN.  C. A. 11th Cir.  Certiorari denied.

No. 01–9196.  JOYNER v. SPITZER, ATTORNEY GENERAL OF NEW YORK, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 01–9204.  VALLIMONT v. EASTMAN KODAK CO.  C. A. 2d Cir.  Certiorari denied.

No. 01–9206.  CRUTCHLEY v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 01–9207.  CARRIO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–9208.  OBADELE v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 01–9209.  MIMS v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–9213.  MCCALLUP v. MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.